UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAULO FERREIRA MELO,

Petitioner,

v.

DAVID A. MARIN,

Respondent.

Case No. 5:26-cv-02146-VBF-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner **Saulo Ferreira Melo (A-Number 246-058-111)** from custody under reasonable conditions; immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his detention; and not re-detain Petitioner, absent a final order of removal, without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear

the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Respondents shall file a Notice of Compliance within forty-eight hours.

Dated: August 20, 2026

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
United States District Judge