JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAULO FERREIRA MELO,<br>Petitioner,<br>v.<br>DAVID A. MARIN,<br>Respondent. | Case No. 5:26-cv-02146-VBF-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Saulo Ferreira Melo (A-Number 246-058-111)** from custody under reasonable conditions. Respondents are **ORDERED** to immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his detention. Respondents are **ORDERED** not to re-detain Petitioner, absent a final order of removal, without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to

the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Respondents shall file a Notice of Compliance no later than 11:59 p.m. on Monday, August 24, 2026.

IT IS SO ORDERED.

Dated: August 20, 2026

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge